Paul Ellis, appellee, v. Louis A. Mandel and Anna Mandel, appellants. Gen. No. 32,465.

McSurely, J., dissents. Opinion filed May 14, 1928.
Isidore Levin, for appellants. Albert Hoffman, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Alvin E. Nelson and Earl S. Nelson, trading as Nelson Brothers, defendants in error, v. Ernest T. Wix, plaintiff in error. Gen. No. 32,482.

Opinion filed May 14, 1928.
Wyman, Hopkins, McKeever & Colbert, for plaintiff in error; Harold Engstrom, of counsel. A. J. Deutschman, for defendants in error.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Charles Horn, trading as Charles Horn Lumber Company, appellee, v. Dan La Bar and E. F. Fichter, appellants. Gen. No. 32,542.

Opinion filed May 14, 1928.
Brown, Brown & Brown, for appellants. Louis J. Jacobson, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Louis Misuralli, appellee, v. Israel Goldberg, appellant. Gen. No. 32,569.

Opinion filed May 14, 1928.
Julian J. Luster, for appellant. Golden & Kagen, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.